THOMAS A. RYER, PLAINTIFF IN ERROR, v. HAMILTON
W. WINTER, DEFENDANT IN ERROR.

Submitted December 5, 1910—Decided March 6, 1911.

On error to the Supreme Court, whose opinion is reported
in 48 *Vroom* 441.

For the plaintiff in error, *Herrmann & Steelman.*

For the defendant in error, *James Benny.*

PER CURIAM.

The decision rendered by the Supreme Court in this case
has already been disapproved by this court in *Sadler* v. *Young,*
49 *Vroom* 594, 597. For the reasons expressed in the opinion
of the Chief Justice in the latter case, the judgment of the
Supreme Court in the case now under review will be reversed,
and the judgment of the District Court in favor of the plaint-
iff in error will be affirmed, with costs, in this court and in the
Supreme Court.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, GARRI-
SON, SWAYZE, TRENCHARD, PARKER, VOORHEES, BOGERT,
VREDENBURGH, VROOM, CONGDON, SULLIVAN, JJ. 12.